Order issued September 27, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00679-CV

**MAURICE MURPHY, Appellant**

V.

**AMY WASHINGTON, Appellee**

On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-06133-Y

## ORDER

By letter dated June 7, 2012, Court Reporter Francheska Duffey informed us that she had

provided appellant an estimate for the cost of preparing the reporter's record, but he had made no

arrangements for payment. Three weeks later, after the clerk's record had been filed, we informed

Ms. Duffey that appellant was allowed to proceed on appeal without advance payment of costs and

directed her to file the record no later than July 27, 2012. *See* TEX. R. APP. P. 20.1(f),(k). To date,

the record has not been filed. Accordingly, we **ORDER** Francheska Duffey to file the record within

**TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 35.3(b).

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission,

to Francheska Duffey, official court reporter of the 330th Judicial District Court.

ELIZABETH LANG-MIERS
JUSTICE